(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
**LAW OFFICE OF ROGER D. WILSON**
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 233-4100
roger@wilson-law.com

Attorney for Defendant  MATTHEW PETE MENDEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**MATTHEW PETE MENDEZ,**<br><br>Defendant. | Case No.: **1:23-cr-00115-NODJ-BAM**<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER**<br><br>Date: December 11, 2024<br>Time: 11:00 a.m.<br>Courtroom: 8 |

   Defendant MATTHEW PETE MENDEZ, by and through his counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record ANTONIO PATACA, Assistant U.S. Attorney, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on December 11, 2024.

2. By this stipulation defendant now moves to continue the status conference until May 28, 2025, and to exclude time between December 11, 2024, and May 28, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a. Counsel for defendant desires additional time to due to a scheduling conflict involving a jury trial in Madera County Superior Court on August 27, 2024, through December 13, 2024.

      b. Counsel for the defendant believes that failure to grant the above requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c. The government does not object the continuance.

IT IS SO STIPULATED.

DATED: December 9, 2024  /s/ Antonio PATACA
Assistant United States Attorney

DATED: December 9, 2024  /s/ Roger D. WILSON
ROGER D. WILSON
Attorney for Matthew Pete Mendez

--o0o--

## ORDER

IT IS SO ORDERED that the status conference is continued from December 11, 2024, to **May 28, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.

Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **December 10, 2024**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE