(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
The Law Offices of Roger D. Wilson
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 233-4100
Email: roger@wilson-law.com

Attorney for Defendant MATTHEW PETE MENDEZ

# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW PETE MENDEZ, <br><br> Defendant. | Case No.: **1:23-cr-00115-MWJS-BAM** <br><br> **ROGER D. WILSON'S AMENDED NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT; AND ORDER** <br><br> DATE: December 10, 2025 <br> TIME: 1:00 p.m. <br> COURTROOM: 8 |

**TO:   THE HONORABLE MAGISTRATE BARBARA A. MCAULIFFE AND ASSISTANT UNITED STATES ATTORNEY ANTONIO PATACA:**

**PLEASE TAKE NOTICE** that as soon as the matter may be heard before the Honorable Barbara A. McAuliffe, attorney Roger D. Wilson of The Law Offices of Roger D. Wilson shall and hereby does respectfully seek leave of this Court to withdraw as counsel for Defendant MATTHEW PETE MENDEZ.

## MOTION TO WITHDRAW

On October 20, 2025, Counsel Roger D. Wilson was appointed by the Governor of California to be a Judge in the Tulare County Superior Court. (See Declaration of Roger D. Wilson attached hereto). Consequently, Counsel Wilson will be unable to practice law in the Eastern District of California and unable to continue his representation of the Defendant.

1     Therefore, Counsel Wilson respectfully requests this Court to grant his motion to
2 withdraw as counsel for Defendant MATTHEW PETE MENDEZ.
3     Respectfully submitted,

Date: November 26, 2025    By:

The Law Offices of Roger D. Wilson
/s/ Roger D. Wilson
**ROGER D. WILSON**
Attorney for Defendant
MATTHEW PETE MENDEZ

**DECLARATION OF ROGER D. WILSON IN SUPPORT OF MOTION**

I, ROGER D. WILSON, declare under penalty of perjury that:

1. I am an attorney duly licensed and authorized to practice law in the State of California, I am a member of the State Bar of California, and the United States District Court for the Eastern District of California.

2. I am a Criminal Justice Act (CJA) attorney appointed to represent Defendant Matthew Pete Mendez, the defendant in this case.

3. Mr. Mendez's case is scheduled for a Status Conference on December 10, 2025.

4. On October 20, 2025, I was appointed by the Governor of California to be a Judge in the Tulare County Superior Court.

5. As a Superior Court Judge I am prohibited from practicing law, therefore, I am closing my practice immediately.

6. On November 18, 2025, I was informed by the Office of the Federal Defender that attorney Eric Vincent Kersten has agreed to take over representation of Defendant Matthew Mendez's case.

7. Attorney Eric Vincent Kersten can be contacted at: 1125 T Street, Fresno, CA 93721; (559) 326-6258.

8. Mr. Mendez has been informed of my appointment, the prohibition of practicing law and closure of my practice.

9. This request to withdraw as counsel is not for the purpose of delay, but rather to allow time for the appointment of new counsel.

10. This request should not prejudice any party nor unduly. Burden the Court.

DATED: This 26th day of November 2025, at Fresno, California.

/s/ Roger D. Wilson
Roger D. Wilson

# **ORDER**

This matter, having come before the Court on Defense Counsel's Motion to Withdraw, and for good cause shown, IT IS HEREBY ORDERED:

Attorney Roger D. Wilson of The Law Offices of Roger D. Wilson, is relieved as counsel of record for Defendant MATTHEW PETE MENDEZ. Attorney Eric Vincent Kersten is hereby appointed as counsel. The December 10, 2025 hearing at 1:00 p.m. remains as previously set.

IT IS SO ORDERED.

Dated: **November 26, 2025**        /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE