ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MATTHEW MENDEZ,<br>Defendant. | CASE NO. 1:23-CR-00115-MWJS-EPG-6<br><br>STIPULATION CONTINUING SENTENCING HEARING; ORDER |

**STIPULATION**

1. By previous order, this matter was set for sentencing on August 24, 2026.

2. By this stipulation, the parties now move to continue the sentencing hearing to November 16, 2026.

3. It is further stipulated that the parties shall adhere to this schedule unless it is later modified by this Court:

   a) Judgment and sentencing date: 11/16/2026 at 10:00 AM

   b) Reply or statement of non-opposition: 11/9/2026

   c) Motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: 11/2/2026

   d) The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than: 10/26/2026

e) Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: 10/19/2026

f) The Proposed Pre-Sentence Report shall be disclosed to counsel no later than: 10/5/2026

IT IS SO STIPULATED.

Dated: June 15, 2026

ERIC GRANT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: June 15, 2026

/s/ ERIC KERSTEN
ERIC KERSTEN
Counsel for Defendant
Matthew Mendez

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing currently set for August 24, 2026, is hereby continued to November 164, 2026.

It is further ordered that the parties shall adhere to this schedule unless it is later modified by this Court:

a) Judgment and sentencing date: 11/16/2026 at 10:00 AM in Courtroom 5 before District Judge Dale A. Drozd in Fresno.

b) Reply or statement of non-opposition: 11/9/2026

c) Motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: 11/2/2026

d) The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than: 10/26/2026

e) Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: 10/19/2026

f) The Proposed Pre-Sentence Report shall be disclosed to counsel no later than: 10/5/2026

**No further continuances of the of the status conference in this case will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated: **August 5, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE